_____

**SO ORDERED,**

*[Signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 18, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BRIAN KEITH LOWERY
        CHERYL LYNN LOWERY
        DEBTOR(S)

J.C. BELL, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 15-51647 KMS

### ORDER ON TRUSTEE'S
### OBJECTION TO SECURED CLAIM

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to the Secured Claim (Court Claim No. 12) of FIRST HERITAGE CREDIT (Docket No. 71), and the Creditor having failed to respond, the Court finds that said Objection should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Claim is not allowed as a secured claim.

IT IS, FURTHER, ORDERED AND ADJUDGED that upon liquidation of the collateral, said Creditor may file an amended Claim for any proper deficiency.

##END OF ORDER##

Submitted By:

J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
mdg@jcbell.net