_____

SO ORDERED,

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: May 12, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: BRIAN KEITH LOWERY<br>CHERYL LYNN LOWERY | CASE NO.: 15-51647-KMS<br>CHAPTER 13 |

## AGREED ORDER

**CAME BEFORE THIS COURT** on Motion (Dkt# 79) of First Heritage Credit, Inc. for relief from automatic stay of 11 U.S.C. §362 and for abandonment pursuant to 11 U.S.C. §554(b) and for other relief, and the Court, being fully advised in the premises, and based upon the agreement of the parties.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the automatic stay of 11 U.S.C. §362 and any other restraint against First Heritage Credit exercising its rights as to its collateral, **2012 Polaris ATV, VIN Number 4XAMH50AXCA546536**, is lifted, vacated, terminated and annulled as to First Heritage Credit without further order of this Court pursuant to 11 U.S.C. §554(b) of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001 (a)(3) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

**\*\*END OF ORDER\*\***

APPROVED

/s/ Joseph Justin Saffle
Joseph Justin Saffle
Attorney for Creditor

_____
J. Thomas Ash
Attorney for Debtor


/s/ Samuel J. Duncan
Samuel J. Duncan
Attorney for Trustee
15-51647

Wilkinson Law Firm, P.C.
Joseph Justin Saffle  MSB#102975
511 Keywood Circle
Flowood, MS 39232
Telephone No: (601) 355-0005
Facsimile No: (601) 355-0009